UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Blake

               Plaintiff(s),           Case No. 2:18-cv-10406-MAG-APP

v.                                           Judge Mark A. Goldsmith

Transunion LLC, et al.           Magistrate Judge Anthony P. Patti

               Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

    Pursuant to E. D. Mich. LR 83.4, Automotive Product Consultants LLC

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: April 3, 2018                        /s/ Jonathan C. Myers

                                                  P69972
                                                 Jaffe Raitt Heuer & Weiss, P.C.
                                                 27777 Franklin Rd., Suite 2500
                                               Southfield, MI 48034
                                               248-351-3000
                                               jmyers@jaffelaw.com