UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEILANI BLAKE,

    Plaintiff,

-vs-

Case No. 18-CV-10406
Hon. Mark A. Goldsmith

TRANS UNION, L.L.C., *et al.*,

    Defendants.

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant Automotive Product Consultants, Inc., d/b/a/ Automative Product Consu, d/b/a APC Integrated Services Group, Inc., ("APC"), by and through their respective counsel, hereby inform the Court that a settlement was reached in the above matter. The undersigned Parties are finalizing the terms of the settlement and anticipate that they will be in a position to file a Stipulation of Dismissal with Prejudice, without costs, fees or sanctions to any party, on or before July 31, 2018.

Dated:     June 29, 2018

| s/ Sylvia S. Bolos (with consent) | s/ Jonathan C. Myers |
|---|---|
| Sylvia S. Bolos (P78715) | Jonathan C. Myers (P69972) |
| LYNGKLIP & ASSOCIATES | JAFFE RAITT HEUER & WEISS, P.C. |
| CONSUMER LAW CENTER, PLC | Attorneys for Automotive Product |
| Attorneys for Leilani Blake | Consultants, Inc. |
| 24500 Northwestern Hwy, Ste 206 | Grand Park Centre |
| Southfield MI 48075 | 28 W. Adams Ave, Suite 1500 |
| P: 248-208-8864 | Detroit, MI 48226 |
| SylviaB@MichiganConsumerLaw.com | P: (248) 351-3000 |
| | jmyers@jaffelaw.com |