## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)

| | |
|---|---|
| LEILANI BLAKE, | No. 2:18-cv-10406-LJM-APP |
| Plaintiff, | Honorable Laurie J. Michelson |
| v. | Magistrate Judge: Anthony P. Patti |
| TRANSUNION, LLC, *et al.*, | |
| Defendants. | |

# SUPPLEMENTAL DECLARATION OF DANIEL RIDLEY IN SUPPORT OF GRANITE BAY ACCEPTANCE, INC.'S MOTION FOR SUMMARY JUDGMENT

I, Daniel Ridley declare:

1. I am the President and Chief Executive Officer of Granite Bay Acceptance, Inc. ("Granite Bay").

2. Attached at Exhibit A hereto is another copy of the template of the mail piece that was sent to Ms. Blake. This is the same document that was attached as Exhibit B to my prior declaration, but it includes an expanded view of the credit offer.

1

I declare under penalty of perjury under the law of the United States that the above statements are true. Executed this 2nd day of August, 2019 in the United States of America.

_____
Daniel Ridley

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2019, a true and accurate copy of the foregoing was filed with the Clerk of Court using the ECF system which will send notification of such filing to the attorneys of record.

/s/ Steven H. Winick

Steven H. Winick (California Bar No. 160815)
Blaxter Blackman LLP
601 California Street, Suite 1505
San Francisco, CA 94108
(415) 500-7707 (direct)
(415) 766-4255 (fax)
shwinick@blaxterlaw.com

Attorney for Defendant
Granite Bay Acceptance, Inc.

Dated: August 2, 2019