# EXHIBIT A

# Copy of Mailer Template Sent to Ms. Blake with Expanded View

## YOU HAVE BEEN PRE-QUALIFIED* FOR AN AUTO LOAN

### LEASE PULL-AHEAD PROGRAM
### VALID 7 DAYS AFTER RECEIPT

Dear \<FName> \<LName>

You have been pre-qualified* for an auto loan. Plus, you have been selected by \<Dealer> to participate in a Lease Pull-Ahead Program** event. Our records indicate you may have a lease on a vehicle that ends very soon. You owe it to yourself to explore all options available during this limited time offer. You may save thousands of dollars when you exchange your current lease for a new Chrysler, Dodge, Jeep or RAM.

If you agree to trade your vehicle during this event, you may pay **NO EARLY TERMINATION FEE, NO DISPOSITION FEES, NO EXCESS WEAR & TEAR FEES AND NO EXCESS MILEAGE FEES.**∞

Please present this letter to an authorized \<Dealer> representative for your free appraisal.

This offer is valid regardless of the year, make or model of your vehicle. Please contact our **LEASE TERMINATION HOTLINE** at \<DPhone> to schedule a convenient appointment and for us to make you an offer.

Sincerely,

*\<CName>*
New Car Sales Manager

**\<Dealer>**
\<DAddress>
\<Dcity>, \<DState> \<Dzip>
**\<DPhone>** • **\<DWebsite>**

   Jeep



### 2018 DODGE CHALLENGER R/T

**LEASE FOR:**
# $239
PER MO. 36 MOS.¹
$1,699 due at signing.

### 2018 DODGE JOURNEY GT AWD

**LEASE FOR:**
# $219
PER MO. 24 MOS.¹
$1,699 due at signing.

### 2018 DODGE CHARGER GT AWD

**LEASE FOR:**
# $259
PER MO. 36 MOS.¹
$1,699 due at signing.

### 2018 RAM 1500 ST CREW CAB 4X4

**LEASE FOR:**
# $139
PER MO. 24 MOS.¹
$1,699 due at signing.

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free (888-567-8688. See PRESCREEN & OPT-OUT NOTICE on the reverse side for more information about prescreened offers.

∞ Not in conjunction with GBA offer of credit. See dealer for complete details. (1) All above lease offers are plus tax, title, doc and destination. All lease prices must be approved by dealer prior to signing. Lease payments are based on approved credit. 10,000 miles per year. Lease payments include $1,699 due at delivery & lease state ups. Offer ends April 30, 2018. Security deposit is not required. See dealer for complete terms & qualifications. Not in conjunction with GBA offer of credit. Photos are for illustration purposes only. See dealer for details on all offers.

GBA0001

**PRESCREEN & OPT-OUT NOTICE:** This "prescreened" offer of credit is based on information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you do not meet our criteria including providing acceptable collateral. If you do not want to receive prescreened offers of credit from this or any other companies, call the consumer reporting agencies toll-free, 1-888-567-8688 or visit the website at www.optoutprescreen.com; or write TransUnion Opt-Out Request PO Box 505, Woodlyn, PA 19094-0505; Equifax Options, P.O. Box 740123 Atlanta, GA 30374; Experian Information Systems, Inc., P.O. Box 919, Allen, TX 75013.

*TERMS & CONDITIONS:

ABOUT YOUR FIRM OFFER: You have been prescreened for an offer of automotive financing through GBA. This offer of credit is extended because you meet certain criteria used by the lender.

ABOUT GBA: Granite Bay Acceptance (GBA) is a nationally recognized lender specializing in originating loans with franchise and independent automobile dealerships. GBA provides lending options for purchase and refinance. To learn more about Granite Bay Acceptance, please visit us at www.gogba.com

REQUIREMENTS: In order to qualify for a loan from Granite Bay Acceptance Inc. (GBA) you must continue to meet the credit criteria used to select you for this offer. You will also be subject to the following minimum credit requirements for final approval. You must be 21 years of age or older with a monthly income of $2,150. Your monthly payment may not exceed 20% of your gross monthly income and 45% of your monthly debt. You cannot currently be in foreclosure on your real estate or mortgage loans, be in open bankruptcy, or have financed a vehicle with GBA in the last 6 months. To be eligible applicants cannot have had your vehicle(s) repossessed in the past 12 months. You will certify that all the information you provide on your application will be true and correct. GBA assumes no responsibility for incorrect information provided by the various credit reporting agencies. A down payment may be required.

OFFER AND FINANCING: GBA will provide financing to all qualified consumers and a guaranteed approval for a minimum amount of $5,500 to $39,000 depending on vehicle chosen, at a simple interest rate of 18.99% APR (Annual Percentage Rate) or max state usury rate (whichever is higher): For example, for every $1,000 financed @ 18.99% for a period of 60 months your payment will be an estimated $25.94 therefore if you finance $15,000 @ 60 months, your payment will be an estimated $414.96 on a new or pre-owned 2010 or newer vehicle with maximum 60,000 miles and a minimum book/invoice value of $7500. Minimum contract term of 24 months. See dealer for additional details. For more information about GBA please visit www.gogba.com.

All dealer promotions and incentives are strictly the responsibility of the dealer and are not in any way connected to the financing offer from GBA.

<DAddress>
<DCity>,<DState> <Dzip>

# Lease Pull-Ahead Program∞

Presorted
Standard Mail
U.S. Postage
PAID

<FName> <LName>
<Address>
<City>, <State> <Zip>

# Lease Pull-Ahead Program∞



**2018 JEEP COMPASS LATITUDE FWD**

LEASE FOR: **$185**
PER MO. 36 MOS.[1]
$1,699 due at signing.



**2018 JEEP GRAND CHEROKEE LAREDO**

LEASE FOR: **$249**
PER MO. 36 MOS.[1]
$1,699 due at signing.

GBA0002

*PRESCREEN & OPT-OUT NOTICE: This "prescreened" offer of credit is based on information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you do not meet our criteria including providing acceptable collateral. If you do not want to receive prescreened offers of credit from this or any other companies, call the consumer reporting agencies toll-free, 1-888-567-8688 or visit the website at www.optoutprescreen.com; or write TransUnion Opt-Out Request PO Box 505, Woodlyn, PA 19094-0505; Equifax Options, P.O. Box 740123 Atlanta, GA 30374; Experian Information Systems, Inc., P.O. Box 919, Allen, TX 75013.*

**\* TERMS & CONDITIONS:**

**ABOUT YOUR FIRM OFFER:** You have been prescreened for an offer of automotive financing through GBA. This offer of credit is extended because you meet certain criteria used by the lender.

**ABOUT GBA:** Granite Bay Acceptance (GBA) is a nationally recognized lender specializing in originating loans with franchise and independent automobile dealerships. GBA provides lending options for purchase and refinance. To learn more about Granite Bay Acceptance, please visit us at www.gogba.com

**REQUIREMENTS:** In order to qualify for a loan from Granite Bay Acceptance Inc. (GBA) you must continue to meet the credit criteria used to select you for this offer. You will also be subject to the following minimum credit requirements for final approval. You must be 21 years of age or older with a monthly income of $2,150. Your monthly payment may not exceed 20% of your gross monthly income and 45% of your monthly debt. You cannot currently be in foreclosure on your real estate or mortgage loans, be in open bankruptcy, or have financed a vehicle with GBA in the last 6 months. To be eligible applicants cannot have had your vehicle(s) repossessed in the past 12 months. You will certify that all the information you provide on your application will be true and correct. GBA assumes no responsibility for incorrect information provided by the various credit reporting agencies. A down payment may be required.

**OFFER AND FINANCING:** GBA will provide financing to all qualified consumers and a guaranteed approval for a minimum amount of $5,500 to $39,000 depending on vehicle chosen, at a simple interest rate of 18.99% APR (Annual Percentage Rate) or max state usury rate (whichever is higher). For example, for every $1,000 financed @ 18.99% for a period of 60 months your payment will be an estimated $25.94 therefore if you finance $16,000@ 60 months, your payment will be an estimated $414.96 on a new or pre-owned 2010 or newer vehicle with maximum 60,000 miles and a minimum book/invoice value of $7500. Minimum contract term of 24 months. See dealer for additional details. For more information about GBA please visit www.gogba.com.

All dealer promotions and incentives are strictly the responsibility of the dealer and are not in any way connected to the financing offer from GBA.

<DAddress>
<DCity>, <DState> <Dzip>

# Lease Pull-Ahead Program℠

Presorted
Standard Mail
U.S. Postage
**PAID**