UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

LEILANI BLAKE,

    Plaintiff,

-vs-

GRANITE BAY ACCEPTANCE, INC., *et. al.,*

    Defendants.

Case No. 18-CV-10406
Hon. Laurie J. Michelson
Magistrate Judge: Anthony P. Patti

## JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND GRANITE BAY ACCEPTANCE, INC.

Plaintiff Leilani Blake and Defendant Granite Bay Acceptance, Inc. ("GBA"), notify this Court that they have reached a settlement as to all matters raised by Leilani Blake against GBA in this action.

The Parties are finalizing the terms of the settlement and anticipate that they will file a Stipulation of Dismissal with Prejudice, without costs, attorney's fees or sanctions to any party no later than November 30, 2019.

Stipulated to by:

s/ Sylvia S. Bolos
Sylvia S. Bolos P78715
Ian B. Lyngklip P47173
Lyngklip & Associates
Consumer Law Center, PLC
Attorney for Leilani Blake
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
PH: (248) 208-8864
SylviaB@consumerlawyers.com


s/ Steven Winick (with consent)
Steven Winick
Blaxter Blackman, LLP
Attorney for Granite Bay Acceptance, Inc.
601 California Street
San Francisco, CA  94108
PH: (415) 500-7707
shwinick@blaxterlaw.com